**STATE of Missouri, Respondent,**

v.

**Matt Anthony CARY, Appellant.**

**No. WD 58284.**

Missouri Court of Appeals,
Western District.

March 27, 2001.

Craig A. Johnston, Asst. Public Defender, Columbia, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

***ORDER***

PER CURIAM.

Appellant, Matt A. Cary, appealed from his conviction and sentence for one count of delivery of a controlled substance, § 195.211, RSMo 2000. The state produced sufficient evidence at trial to sustain Cary's conviction. Affirmed. Rule 30.25(b).